UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:24-mj-02896-Reid

FILED BY ___KAN___ D.C.

May 3, 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

IN RE: SEALED COMPLAINT
_____/

## MOTION TO SEAL

NOW COMES the United States of America, by and through its undersigned attorney, and respectfully requests that the foregoing complaint, arrest warrant, and any resulting order be SEALED until the arrest of the defendant, or until further order of this Court, excepting the United States Attorney's Office and the United States Marshals Service, which may obtain copies of any complaint, arrest warrant, or other sealed document for purposes of arrest, extradition, or any other necessary cause, for the reasons that the integrity of the ongoing investigation might be compromised, and the defendant might flee should knowledge of this complaint become public. The Assistant United States Attorney is prepared to provide further information *in camera* should the Court so require.

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By:  **Lacee Elizabeth Monk**
Lacee Elizabeth Monk
Assistant United States Attorney
Florida Bar No. 100322
U.S. Attorney's Office
99 N.E. 4th Street, Miami, FL 33132-2111
(305) 961-9427| Lacee.Monk@usdoj.gov